In the Matter of FRANK S. HOGAN, as District Attorney of New York County, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK, Bronx County, et al., Respondents.— Motion for an order of prohibition granted. (See *Matter of Morhous* v. *N. Y. Supreme Court*, 293 N. Y. 131, and *People* v. *Hammerstein*, 150 App. Div. 212, 214.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH SACHS, Appellant, v. JACOB LEVINSON et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SALLIE S. MATISON, Respondent, v. ISIDORE MATISON, Appellant.— Order unanimously modified by reducing the alimony to $100 a week and the counsel fee to $1,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHICKEN KOOP, INC., Respondent, v. MAXAN'S RESTAURANTS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 226.]

LEAH FENSTER, Suing on Her Behalf and on Behalf of All Other Policyholders of New York Life Insurance Company, Similarly Situated, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CECIL B. JONES, Respondent, v. AIRCRAFT TOOL & DIE CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within twenty days after service of order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ROSA E. KLEIN, Respondent, v. ARTHUR J. KLEIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDWARD SIEGEL, Respondent, v. VINELAND BUTTER & EGG CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CELIA KURNICK, as Administratrix of the Estate of JACOB KURNICK, Deceased, and as a Stockholder of G & K MANUFACTURING COMPANY, INC., on Behalf of Herself and All Other Stockholders, Similarly Situated, Respondent, v. G & K MANUFACTURING COMPANY, INC., et al., Appellants, et al., Defendants. — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted to the extent of vacating all proceedings subsequent to the resignation of Benjamin R. Harriman, as a member of the Bar of the State of New York. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.